SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
PAUL S. COWIE. Cal. Bar No. 230151
pcowie@sheppardmullin.com
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601

DORNA MOINI, Cal. Bar No. 287115
dmoini@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRZAD BASTI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:14-cv-02554 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 5, 2014 SETTLEMENT CONFERENCE<br><br>Complaint Filed:  May 6, 2014 |

　　　IT IS HEREBY STIPULATED between the parties, by and through their attorneys of record, that the Settlement Conference currently scheduled before Magistrate Judge Kandis A. Westmore for December 5, 2014, be continued to December 15, 2014 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612, or to a date convenient to the Court.

　　　This continuance is requested because lead counsel for Defendant will be unavailable on December 5, 2014 as he will be out-of-state on a prepaid, pre-planned family vacation.

///

1   IT IS SO STIPULATED.

3   Dated:  October 1, 2014         SHEPPARD MULLIN RICHTER & HAMPTON LLP

5                                   By      /s/ Paul S. Cowie
                                            PAUL S. COWIE
6                                           DORNA MOINI
                                            Attorneys for Defendant
7                                           WELLS FARGO BANK, N.A.

9   Dated:  October 1, 2014         LAW OFFICES OF DANIEL L. FEDER

11                                  By:     /s/ Daniel L. Feder
                                            Daniel L. Feder
12                                          Attorney for Plaintiff
                                            Shahrad Basti

### ORDER

GOOD CAUSE APPEARING, the stipulation of the parties to continue the Settlement Conference date to December 15, 2014 at 11:00 a.m. is approved.

IT IS SO ORDERED.

Dated:   October  3 , 2014          /s/ Kandis Westmore
                                    Hon. Kandis A. Westmore
                                    Magistrate Judge
                                    United States District Court